# PETTY OFFENSE MINUTE SHEET

Case No.: 7:16 PO 239
Date: 9/15/16
Defendant: Amanda C. Smith       Counsel: Allegra Black, FPD

PRESENT: Judge: Robert S. Ballou, U. S. Magistrate Judge
Deputy Clerk: K. Brown
Court Reporter: K. Brown/FTR
AUSA: Charlene Day
Ranger: Lyon
USPO:

Time in court: 1A 2min
11:51 - 11:54

- [x] Initial Appearance. Defendant advised of charges, rights and nature of proceedings.
- [ ] Defendant waives counsel; advises court wishes to proceed today without counsel.
- [x] Defendant requests appointment of counsel.   [x] Court grants request for appointment of counsel. FPD
- [ ] Motion for continuance by ☐ Defendant ☐ Government. Court trial continued to _____.
- [ ] Motion to dismiss by government / defendant – (ruling).

## DEFENDANT PLEADS:

| CASE NO(S). | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 7:16PO239 | X | | | Possession of C/S - Marijuana |
| # | | | | - |
| # | | | | - |
| # | - | - | - | |

- [x] Defendant sworn, questioned and advised of rights on plea of guilty. Government proffers/presents evidence to support plea and rests.

- [ ] Court trial held.          Eligible for 3607
Comments:

## DISPOSITION:

| CASE NO(S). | GUILTY | NOT GUILTY | DISMISSED | SENTENCE |
|---|---|---|---|---|
| 7:16PO239 | X | | | 3607 1 year |
| # | | | | - |
| # | | | | - |
| # | - | - | - | |

Payment Schedule   ☐ Today   ☐ 30 days   ☐ ____ days   ☐ other:

- [ ] Government presents evidence regarding sentencing and rests.
- [ ] Defendant presents evidence regarding sentencing and rests.
- [ ] Court orders presentence report. Sentencing set for _____.
- [ ] Government moves for detention.

☐ Government does not oppose bond.
☐ Detention/Bond Hearing held.
☐ Defendant released on bond. Bond set at $_____.
☐ Probation
☐ Imprisonment as condition of probation ☐ weekends as directed by BOP ☐ immediate confinement
☐ Restricted license
☐ VASAP
☐ Interlock Ignition
☒ Defendant advised of rights on appeal
☐ Restitution
☒ 18 USC 3607

Additional information: